IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**DWIGHT ELLIS BROOKS**                                            **PLAINTIFF**

V.                             Case No. 4:12-cv-348- KGB

**STACEY E. MCCORD**
**DANIEL A. APPLEGATE**
**SUSAN WEBBER WRIGHT**                               **DEFENDANTS**

### ORDER

Plaintiff Dwight Ellis Brooks is proceeding *pro se*. Pursuant to Local Rule 5.5 (c)(2), it is the duty of any party not represented by counsel to notify promptly the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

It appears that Mr. Brooks was served with defendants' motion to dismiss (Dkt. No. 6). The Court hereby directs Mr. Brooks to respond to the pending motion to dismiss on or before September 25, 2012. After that date, the Court will rule on the motion to dismiss.

The Clerk is DIRECTED to send a copy of this Order *via certified mail* to Mr. Brooks at his address of record.

IT IS SO ORDERED this 11 day of September, 2012.

                                                                   *Kristine G. Baker*
                                                             KRISTINE G. BAKER
                                                            UNITED STATES DISTRICT JUDGE