IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**DWIGHT ELLIS BROOKS**                                                                                   **PLAINTIFF**

V.                                    Case No. 4:12-cv-348- KGB

**STACEY E. MCCORD**
**DANIEL A. APPLEGATE**
**SUSAN WEBBER WRIGHT**                                                                        **DEFENDANTS**

**JUDGMENT**

In accordance with the Court's Order entered in this case on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

IT IS SO ORDERED this 23 day of October, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE